FILED

Paid
NP
9

```
       . . APR 16  A 10: 59
```

1   LAW OFFICE OF JUDITH S.H. HOM
    JUDITH S.H. HOM (SBN 203482)
2   236 West Portal Ave. #500
    San Francisco, CA 94127
3   Telephone:  (415) 845-6220
    Facsimile:  (415) 665-5933
4   jshom@me.com

5   Attorney for Plaintiff Martha A. Ryhanych
    dba New View Photography

6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION                    **RS**

11

12  MARTHA A. RYHANYCH dba NEW VIEW          **CV 10- 0 1 6 3 6**
    PHOTOGRAPHY,
13                                            Civil Action No.

14               Plaintiff,                   **COMPLAINT FOR COPYRIGHT
                                              INFRINGEMENT AND UNFAIR
15        v.                                  COMPETITION UNDER
                                              CALIFORNIA LAW**

16  PAJARO DUNES COMPANY, a California        **DEMAND FOR JURY TRIAL**
    company, and DOES 1-10,
17

18               Defendants.

19

20        Plaintiff Martha A. Ryhanych dba New View Photography (hereinafter

21  "Plaintiff"), for its complaint against Defendants Pajaro Dunes Company, and Does 1-10

22  (hereinafter "Defendants"), hereby demands a jury trial and alleges as follows:

23                   **NATURE OF THIS ACTION**

24        1.  This is an action for copyright infringement that arises from use of at least two

25  of Plaintiff's copyrighted photographs in (i) brochures, (ii) at a trade show, and (iii)

26

---

1

1   advertisements in a regional magazine for use by Defendant Pajaro Dunes Company as

2   promotional material for its real properties as a wedding venue.  Plaintiff also seeks redress

3   under California Business and Professions Code §§17200 et seq. for the willful and unauthorized

4   use of the copyright works as unfair business practices by Defendants.  Plaintiff seeks injunctive

5   relief and damages by Defendants for copyright infringement and unfair business practices, and

6   any other related relief.

## THE PARTIES

7

8       2.  Plaintiff Martha A. Ryhanych dba New View Photography is a sole

9   proprietorship organized and existing under the laws of the state of California, with its principal

10  place of business located at 1832 Sommerfeld Ave, Santa Cruz, CA, 95062.  Plaintiff seeks

11  injunctive relieve restraining infringement by Defendants of Plaintiff's copyrights and damages

12  as the direct and proximate result thereof, and damages for unfair business practices, and related

13  relief.

14      3.  Upon information and belief, Defendant Pajaro Dunes Company is a California

15  company with its principal place of business at 105 Shell Drive, Watsonville, CA 95076.

16  Plaintiff is further informed and believes that Defendant Pajaro Dunes Company is in the

17  business of vacation rentals, conference/retreat services, and real estate sales located in the

18  Monterey Bay region in California.  Defendant Pajaro Dunes Compnay allegedly hosts more

19  than 150 groups per year that are accommodated within their five conference centers which has

20  facilities for hiking, biking, surfing, 19 tennis courts and miles of beaches.

21      4.  Plaintiff does not know the true names of the individuals, corporations,

22  partnerships, or other entities sued and identified herein as Does 1 through 10.  Plaintiffs alleges

23  that Defendants are liable to Plaintiff under the claims for relief set forth below, and requests

24  leave of this Court to amend this Complaint when the true names of the Doe Defendants are

25  discovered.

26      '

2

1        **JURISDICTION AND VENUE**

2            5. This Court has subject matter jurisdiction over Plaintiff's claims under and

3    pursuant to 28 U.S.C. §§ 1331, 1338 (a), and §1338 (b). This Court has supplemental

4    jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

5            6. Venue in the Northern District of California is proper pursuant to 28 U.S.C. §

6    1391(b) (1) and (2), and § 1400(a) because a substantial part of the events giving rise to the

7    Plaintiff's claims occurred and continues to occur in the Northern District of California, and

8    Defendants and/or their agents reside or may be found in the Northern District of California.

9        **INTRADISTRICT ASSIGNMENT**

10           7. Intradistrict assignment is appropriate under Civil Local Rule 3-2(c) because

11   this is an Intellectual Property Action. According to Civil Local Rule 3-2(e), however, since this

12   action arose in the county of Santa Cruz, the case should be assigned to the San Jose Division.

13       **ALLEGATIONS COMMON TO ALL COUNTS**

14           8. Plaintiff's principal and sole proprietor, Martha A. Ryhanych (aka "Marty

15   Ryhanych"), is a professional wedding and artistic photographer for the past eleven years. She

16   specializes in photographing beach and destination weddings in and around the Monterey Bay

17   Area. Plaintiff authored the photos at issue in 2007 pursuant to a contract between herself and

18   Ms. Lisa Aronson to photograph the wedding of her son Mr. Levi Aronson and Ms. Amanda

19   Lippincott. The photos were shot on Saturday, September 29, 2007. *See* Exhibits A, B (photos

20   at issue, "AmdLev 355" and "AmdLev 318") and C (contract for the photo shoot.)

21           9. The contract between Ms. Lisa Aronson and New View Photography grants a

22   license to Ms. Aronson to make prints from the dvd of images provided under the contract for

23   immediate family members only. *See* Exhibit C at 2.

24           10. Upon information and belief, E.H. ("Mickey") Holzman, CEO of Pajaro

25   Dunes, is not an immediate family member of Ms. Lisa Aronson. Under information and belief,

26

1   none of the employees of Pajaro Dunes Company are immediate family members of Ms. Lisa

2   Aronson.

3          11.  Plaintiff has not granted any license to copy, publish, disseminate or use any

4   of Plaintiff's photos to Defendant or any employees of Defendant.

5          12.  Plaintiff has filed for a registration for the copyright of the photos at issue

6   with the United States Copyright Office.

7          13.  On January 31, 2010, Pajaro Dunes had set up a booth at the Coconut Grove

8   Bridal Fair.  *See* Exhibit D.

9          14.  Defendant displayed a 20" x 30" enlargement of photo "AmdLev 355" at the

10  Coconut Grove Bridal Fair.  *See* Exhibit D and Exhibit A.  Defendant took down the displayed

11  photo when requested to do so by Plaintiff.

12         15.  Defendant created and disseminated a brochure using photo "AmdLev 318"

13  at the Coconut Grove Bridal Fair.  *See* Exhibits B and E.  Defendant refused to cease

14  disseminating the brochure when requested to do so by the Plaintiff.

15         16.  Defendant created an advertisement for Pajaro Dunes using photo "AmdLev

16  355" that is published in the current Winter/Spring 2010 issue of "Coastal Wedding."  *See*

17  Exhibit F.

18         17.  Defendant created a Facebook page using at least "AmdLev 318," "AmdLev

19  355," and other photos including "AmdLev 322," "AmdLev 380," and "AmdLev 388."  Upon

20  information and belief the images were published on Defendant's Pajaro Dunes Facebook page

21  on or about December 5, 2009.

22         18.  On January 25, Plaintiff contacted Defendant Pajaro Dunes Company leaving

23  a message with an employee requesting that Defendant cease and desist all use of Plaintiff's

24  images.  On January 26, 2010, Ms. Lori Vargas of Pajaro Dunes Company emailed Plaintiff

25  admitting their use of Plaintiff's images.  The email also states that Defendant Pajaro Dunes had

26

1  ceased using Plaintiff's images except for those (at least "AmdLev 318") that Defendant

2  allegedly believed were not taken by Plaintiff. *See* Exhibit G.

3          19. Plaintiff then contacted Ms. Amanda Aronson, the bride, on January 31, 2010

4  who confirmed that the image being used by Defendant Pajaro Dunes Company was in fact taken

5  by Plaintiff. Ms. Aronson contacted Defendant Pajaro Dunes Company to inform it that the

6  images being used by it were created by Plaintiff. Defendant Pajaro Dunes Company ceased use

7  of "AmdLev 318" on its Facebook page on or about January 31, 2010.

8          20. Upon information and belief, Defendant Pajaro Dunes Company has ceased

9  use of all images except for "AmdLev 355" which is still in current circulation in the

10  Winter/Spring 2010 issue of "Coastal Wedding."

11         21. On February 24, 2010, Plaintiff requested that Defendant Pajaro Dunes

12  Company take a license for previous and current use for a nominal fee. Receiving no response,

13  Plaintiff called Defendant Pajaro Dunes Company on March 3, 2010 for a response. Again

14  receiving no response, on March 17 Plaintiff requested a response by March 24, 2010. No

15  response was received on March 24, 2010 from Defendant Pajaro Dunes Company.

16         22. On March 25, 2010, when Plaintiff contacted Defendant Pajaro Dunes

17  Company again, Defendant stated that it would not take a license for its past and current use.

18                              **<u>COUNT ONE</u>**

19               **Copyright Infringement Under 17 U.S.C. § 501**

20         23. Plaintiff repeats and incorporates herein the entirety of the allegations

21  contained in paragraphs 1 though 22.

22         24. Without authorization, Defendant Pajaro Dunes Company reproduced,

23  displayed, distributed and caused to be published photos "AmdLev 355" and "Amd 318," which

24  infringes the copyright of the Plaintiff, U.S. Copyright registration pending.

25

26

1          25. Plaintiff did not authorize Defendant Pajaro Dunes Company copying,

2  displaying, distribution or publishing of infringing copies of Plaintiff's photos "AmdLev 355"

3  and "Amd 318."

4          26. Defendant Pajaro Dunes Company knew that its use of photos "AmdLev

5  355" and "Amd 318" infringed Plaintiff's copyrights and they did not have permission to exploit

6  Plaintiff's works.

7          27. Defendant Pajaro Dunes Company knew its acts constituted copyright

8  infringement.

9          28. Defendant Pajaro Dunes Company's conduct was willful within the meaning

10  of the Copyright Act.

11          29. As a result of its wrongful conduct, Defendant Pajaro Dunes is liable to

12  Plaintiff for copyright infringement pursuant to 17 U.S.C. § 501. Plaintiff has suffered, and will

13  continue to suffer loss of license income, damage to her business reputation and goodwill.

14          30. Plaintiff is entitled to recover damages, which include her losses, and any and

15  all profits Defendant Pajaro Dunes has made as a result of their wrongful conduct.

16                              **COUNT TWO**

17  **Violation of California Business and Professions Code §§17200 *et seq.* for Unfair**

18                **Competition and Unfair Trade Practices**

19          31. Plaintiff repeats and realleges in this Count each and every allegation

20  contained in paragraphs 1 through 30 of the complaint as set forth in full herein.

21          32. The aforesaid acts and conduct of Defendant Pajaro Dunes constitute, and

22  unless enjoined will continue to constitute, unfair competition as the term is defined in California

23  Business and Professions Code §§17200 *et seq.* In particular:

24               a. Defendant has engaged in unlawful business practices and thereby

25       unfair competition by virtue of its violation of 17 U.S.C. 501;

26

1                b. Defendant had engaged in unfair business practices and thereby unfair

2        competition in that its unauthorized use of Plaintiff's images violates established public

3        policy and is unethical, oppressive and unscrupulous.

4              33. Plaintiff has suffered damages as a result of Defendant's unlawful acts and,

5   unless Defendant Pajaro Dunes is restrained and enjoined, Plaintiff will continue to suffer

6   immediate and irreparable harm and Plaintiff is without adequate remedy at law.

7

8           WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

9        A.      That this Court enter permanent injunctive relief enjoining and restraining

10  Defendant Pajaro Dunes Company, its officers, directors, employees, agents, licensees, servants,

11  successors, and assigns and any and all persons in active concert or participation with any of

12  them, from the manufacture, publication, display, distribution, use in advertising, sale, or

13  publication of Plaintiff's photos and any other work that infringes Plaintiff's copyrights;

14       B.      That this Court enter an order adjudging that Defendant Pajaro Dunes

15  Company has willfully infringed upon Plaintiff's copyrights in and to Plaintiff's photos;

16       C.      That this Court enter an order adjudging that Defendant Pajaro Dunes

17  Company's activities have violated California Business and Professions Code §§ 17200 *et seq.*;

18       D.      That this Court require Defendant Pajaro Dunes Company to disgorge and

19  to account to Plaintiff for any and all profits derived by Defendants from the manufacture,

20  publication, display, distribution, use in advertising, sale, publication or other exploitation of

21  Plaintiff's photos;

22       E.      That this Court award Plaintiff damages against Defendants in an amount

23  to be determined at Trial;

24       F.      That this Court award treble damages pursuant to 15 U.S.C. § 1117(a);

25       G.      That this Court grants such other and further relief as it shall deem just and

26  proper, including interest and the costs and disbursements of this action.

7

1

2

3   DATED:  April 16, 2010                    Law Office of Judith S.H. Hom

4

5                                             By:_____
                                                      Judith S.H. Hom
6                                                   Attorney for Plaintiff
                                                  NEW VIEW PHOTOGRAPHY
7

8

9                          **DEMAND FOR JURY TRIAL**

10          Plaintiff hereby demands a jury trial of all issues in the above-captioned action

11   that are triable to a jury.

12

13   DATED:  April 16, 2010                    Law Office of Judith S.H. Hom

14

15                                             By:_____
                                                      Judith S.H. Hom
16                                                  Attorney for Plaintiff
                                                  NEW VIEW PHOTOGRAPHY
17

18

19

20

21

22

23

24

25

26

8

# EXHIBIT A



# EXHIBIT B



# EXHIBIT C



**WEDDING PHOTOGRAPHY SERVICE AGREEMENT**

September 17, 2007

**Photographer: New View Photography**

Marty Rybarych,

PO Box 616, Felton, CA 95018

marty@newviewphoto.net 831 334-8115

# Client: Levi Aronson and Amanda Lippincott

# PO Box 1072

Meadow Vista, CA 95722

Lisa_aronson@yahoo.com

916 354-8823 (c)

# Wedding Date: Saturday, September 29, 2007

Wedding Time: 5:30 PM (I will arrive by 4:00 PM for pre ceremony shots)

Wedding Place: _3661 Beach Rd._ Pajaro Dunes

Reception: same

*Pelican 34*

Scope of Service: 8 hours -- including pre-ceremony, ceremony on beach, family/couple portraits on beach and reception

Price: $2449 plus 8% sales tax - $2644.92 ($300 deposit rec'd 9/26/07) Balance of $2344.92 due prior to or on wedding day.

Provide: * minumum of 498 proof images presented in an on-line gallery

* 8x10 soft side spiral bound proof album

* 5 custom 8x10 enlargements of your choice (1-8x10 = 2-5 x7 prints)

* 3"x 3" mini album with 10 images of your choice

   * 1- 10x10 24 pg wedding album

   * DVD slide show of images w/3 songs of your choice

   * License to make prints from dvd of images --immediate families only

Add on items available:

1) Additional enlargements @ 4x6 - $6.00, 8x7 - $9.00, 8x10 - $18.00,

8x12 - $30.00, 11x14 - $60.00 (plus 8% tax).

2) Fun 10 pg 6x6 albums starting at $70; 10 pg 3x3 album $40

   Digital Capture

Lexi Aronson and Amanda
Lippincott _____

        It is agreed that some photos may be used for promotional purposes by New
View Photography

Marty Ryhanych _____

## Wedding Photography Agreement continued (the fine print)...

## Date of event: September 29, 2007

"Client": Lexi Aronson and Amanda Lippincott

"NVP": Marty Ryhanych

Purchases for orders placed after one year – Digital files from your wedding will be stored on my computer for a period of one-year following the date of the wedding. After that time, orders placed for enlargements or for albums, which are part of the photo package, will be subject to a $50 service charge.

Price protection – NVP warrants all prices quoted for professional services, photos and albums are valid for a period of one-year following the date of the wedding. Orders placed after the couple's first anniversary are subject to the current published price.

**Limitation of liability** – While every reasonable effort will be made to produce and deliver outstanding images of the wedding event, NVP's entire liability to Client for any claim, loss, damage or injury arising under or relating to this Agreement or NVP's performance hereunder is limited to a refund to Client of all fees paid for service. In the unlikely event of personal illness to Marty, or if Marty becomes unavailable on your day for any unforeseen reason, all reasonable efforts will be made to find a substitute replacement photographer. If Client rejects substitute photographer, Client may terminate this Agreement and receive a full refund of all monies paid to NVP.

**Copyrights** – NVP shall retain the copyrights in perpetuity, regardless of possession or ownership of photographs, digital files or negatives. Client recognizes and agrees that NVP may reproduce, publish (including on the internet) exhibit and otherwise use the images 1) as samples of work to be shown to prospective clients or 2) for instructional purposes. NVP agrees that commercial use of an image is not allowed without specific consent of Client.

Lisa
1-530-305-7369

Jon-
1-916-870-0686

Client Signature: _Lisa Aronson_

Date: _Sept. 26, 07_

**Marty Ryharnych PO Box 815, Felton, CA 95( '6 831 334-8115**

Check Mail | Compose                          Search Mail | Search the Web

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

# EXHIBIT D



# EXHIBIT E



## Weddings at Pajaro Dunes

Pajaro Dunes, the perfect destination for your wedding or special event!

With expansive views of the Monterey Bay, Pajaro Dunes will impress and be enjoyed by all. This beautiful, private, serene stretch of beach offers the ideal setting for an unforgettable wedding.

Pajaro Dunes Company offers 3 spacious facilities of varying sizes, accommodating 40-180 guests, each located in a private and beautifully landscaped setting.

Our experienced Wedding Coordinator will assist you in planning the perfect event, including rehearsal dinners and beach bon fires!



*Amenities include:*
**1-1/2 Miles of Pristine Beach**
**Three Facilities each located**
**in a private park like setting**
**Beach Ceremonies available**
**Custom Menu Plans**
**Beachfront accommodations**

To discuss Wedding or Special
Event plans, please contact
Lori Vargas:

(800) 564-1771   or

lvargas@pajarodunes.com

*Pajaro Dunes Company*
*105 Shell Drive*
*Watsonville, CA 95076*
*www.pajarodunes.com*

# EXHIBIT F





**SEYMOUR MARINE DISCOVERY CENTER**
AT LONG MARINE LAB

Spectacular bluff-top views from the protected comfort of the La Feliz Room and from the wide open spaces of the outdoor decks. Step outside for the sound of the surf.

Every event supports ocean conservation.

### Want More Servings?

• Add a larger base tier.
• Increase the size of each tier. *For example:* change 14, 10, & 6 in. tiers to 16, 12, & 8 in.
• Add satellite cakes. This gives a lavish effect on the reception table.
• A bonus: the satellite cakes are easy to serve.
• Have extra cake in the kitchen for extra servings. Sheet cakes are most economical and convenient to serve, and guests will not be able to tell the difference.

### Need Fewer Servings?

• Subtract a tier, usually the base tier.
• Reduce the size of the tiers - change from 16, 12, & 8 in. tiers to 14, 10, & 6 in. tiers
• Reduce the size of the satellite cakes. Instead of 12 in. satellites, use 10 in. Or reduce a 10 in. satellite to 8 in.

La Feliz Room: 1500 sq. ft., seats 100 (+150 sq. ft. catering kitchen). Two outdoor decks and an additional 5000 sq. ft. exhibit hall and aquarium available.

**SEYMOUR CENTER AT LONG MARINE LAB**

For virtual tour, photo gallery, and detailed information: http://seymourcenter.ucsc.edu • (831) 459-3800 • seymourfacility@ucsc.edu 100 of Delaware Avenue, past Natural Bridges State Beach, Santa Cruz



**Heathers**
PATISSERIE

7486 Soquel Dr., Aptos Ca 95003
831-662-3546 • HeathersPastry.com



The perfect wedding destination!

Private garden, beach ceremonies & outdoor receptions

**Pajaro Dunes**
COMPANY
1-800-564-1771 • www.pajarodunes.com

# EXHIBIT G

**From:** Marty
**To:** Lori Vargas
**Sent:** Tuesday, January 26, 2010 7:52 PM
**Subject:** Re: Pajaro Dunes Company: Photos

Hi Lori,

Thank you for the reply to my request to remove my images from your Facebook site. I am happy to hear people like my images but as I said, those particular shots are already committed to another ad situation.

Regarding your using one of my images in a magazine ad, please email me a copy of your ad and let me know which magazine so I can consider my response.

thank you,
Marty @
New View Photo
www.newviewphoto.net
----- Original Message -----
**From:** Lori Vargas
**To:** marty@newviewphoto.net
**Cc:** jgloeckler@pajarodunes.com
**Sent:** Tuesday, January 26, 2010 5:02 PM
**Subject:** Pajaro Dunes Company: Photos

Hi Marty,

I did receive your phone message, and per your request, I have removed what you had said were your photos from our Facebook page.

The only ones showing are the ones that are on Amanda's personal facebook and she has every right to have those there as her personal photos.   2 of those photos were signed off to us from Amanda.

Of the photos in question, one was put in a magazine; and once I heard from you, I made every effort to have it pulled, but it had already gone to press.  Again, had I known that she did not have

the authority to release said picture(s), we would not have used any of the photos.

Knowing that we are the oldest and largest agency at Pajaro Dunes, with a data base of well over 10,000, I am sorry that you wanted these pictures removed instead of having us add your agency's name to them, which we would have gladly done. I can honestly say, that every person who saw those pictures asked who the photographer was, but do to the unprofessional way in which this was handled, we won' t be adding you to our referral list.

Regards,

**Lori Vargas**
**Group Sales and Events**
**105 Shell Drive**
**Watsonville, CA. 95076**
**800-564-1771: 831-722-4671**
**Fax: 831-728-7444**
**www.pajarodunes.com**